■ The People of the State of New York, Respondent, v Luis Vargas, Appellant. [823 NYS2d 750]—Judgment, Supreme Court, New York County (Renee A. White, J.), rendered on or about June 28, 2005, unanimously affirmed. No opinion. Order filed. Concur—Buckley, P.J., Mazzarelli, Nardelli, Catterson and Malone, JJ.